United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIE H. KNOX,

Petitioner,

v.

MARIO RAMIREZ,

Respondent.

Case No. 26-cv-07658-NW

**ORDER OF TRANSFER**

Re: ECF No. 2

Petitioner Willie H. Knox filed the instant *pro se* petition for writ of habeas corpus on July 24, 2026. *See* ECF No. 1. Knox seeks habeas relief from a criminal conviction arising in Orange County, California, which is located within the Southern Division of the Central District of California. *See* 28 U.S.C. § 84(c)(3); *see also* Habeas L.R. 2254-3(b)(1) (where a petitioner challenges the lawfulness of a conviction for which the petitioner was convicted outside the Northern District of California, "venue shall be transferred to . . . [t]he district of conviction or sentencing."). In the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is therefore **TRANSFERRED** to the Southern Division of the United States District Court for the Central District of California. The Clerk is requested to transfer the matter, terminate all pending motions, and close the file.

**IT IS SO ORDERED.**

Dated: September 4, 2026

Noël Wise
United States District Judge